**Order entered October 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-01049-CV**

### IN THE ESTATE OF ROBERT S. KAM, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-01368-3**

### ORDER

Before the Court is court reporter Charletta Breed's October 27, 2022 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than November 8, 2022.

/s/    BILL PEDERSEN, III
        JUSTICE